# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSALYN A. HILEMAN,** | : | **CIVIL ACTION NO. 1:14-CV-1771** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **PENELEC/FIRSTENERGY CORPORATION,** | : | |
| **Defendants** | : | |

## ORDER & JUDGMENT

AND NOW, this 27th day of June, 2017, upon consideration of defendants' motion (Doc. 29) for summary judgment, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 29) for summary judgment is GRANTED.

2. Judgment is ENTERED in favor of defendants and against plaintiff on all counts of plaintiff's complaint.

3. The Clerk of Court is directed to CLOSE this case.

                                              /S/ CHRISTOPHER C. CONNER
                                              Christopher C. Conner, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania